Argued October 2, affirmed October 29, 1973

SCHOCH, *Respondent*, *v.* STATE ACCIDENT INSURANCE FUND (No. 362-716), *Appellant.*

514 P2d 1352

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

*Raymond J. Conboy,* Portland, argued the cause for respondent. With him on the brief were Richard P. Noble, and Pozzi, Wilson & Atchison, Portland.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

Affirmed. *Williamson v. SAIF,* 6 Or App 95, 487 P2d 110 (1971).